IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ELIZABETH CABRERA,<br><br>Debtor. | CASE NO.: 22-52879-SMS |
| FREEDOM MORTGAGE CORPORATION,<br><br>Creditor.<br><br>vs.<br><br>ELIZABETH CABRERA,<br>S. GREGORY HAYS, TRUSTEE,<br><br>Respondents. | CONTESTED MATTER PROCEEDING<br><br>CHAPTER: 7<br><br>JUDGE SAGE M. SIGLER |

**WITHDRAWAL OF MOTION FOR RELIEF FROM
THE AUTOMATIC STAY (DOCKET # 16)**

COMES NOW Movant, pursuant to Bankruptcy Rule 7041 and Rule 41 of the Federal Rules of Civil Procedure, to withdraw without prejudice its MOTION FOR RELIEF FROM THE AUTOMATIC STAY filed on September 21, 2022.

This  11th  day of  April        , 2023.

　　　　　　　　　　　　　　　　　　/s/Maria   Tsagaris
　　　　　　　　　　　　　　　　　Maria   Tsagaris
　　　　　　　　　　　　　　　　　Georgia Bar No. 143071
　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　McCalla Raymer Leibert Pierce, LLC
　　　　　　　　　　　　　　　　　1544 Old Alabama Road
　　　　　　　　　　　　　　　　　Roswell, GA   30076
　　　　　　　　　　　　　　　　　Phone: 678-281-6532
　　　　　　　　　　　　　　　　　Email: Maria.Tsagaris@mccalla.com

## **CERTIFICATE OF SERVICE**

      I, Maria Tsagaris, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, certify:

      That on the date below, I served a copy of the within WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, postage prepaid, unless another manner of service is expressly indicated:

Elizabeth Cabrera
4420 Peachtree Road NE, #2233
Atlanta, GA 30319

Rushi D. Patel                                    *(served via ECF notification)*
Deighan Law LLC
1995 N Park Pl SE
Suite 565
Atlanta, GA 30339

S. Gregory Hays, Trustee                     *(served via ECF notification)*
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   04/11/2023   By:   */s/Maria Tsagaris*
                    (date)                  Maria Tsagaris
                                              Georgia BAR NO. 143071
                                              Attorney for Movant