

**IT IS ORDERED as set forth below:**

**Date: June 27, 2023**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-59731-PMB |
| | : | |
| GLENN JEFFREY DACRUZ, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |
| S. GREGORY HAYS, Chapter 7 Trustee, | : | |
| | : | |
| Objector/Movant, | : | |
| | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| GLENN JEFFREY DACRUZ, | : | |
| | : | |
| Respondent. | : | |
| | : | |

**CONSENT ORDER SUSTAINING TRUSTEE'S OBJECTION TO EXEMPTIONS**

On April 20, 2023, S. Gregory Hays, as Chapter 7 Trustee for the bankruptcy estate of Glenn Jeffrey DaCruz ("**Debtor**"), filed his *Objection to Claimed Exemptions* [Doc. No. 30] (the "**Objection**") seeking, among other things, an order from the Court disallowing Debtor's claimed exemption in that certain real property with a common address of 3679 Seton Hall Way,

Decatur, Georgia 30034 under O.C.G.A. § 44-13-100(a)(1) in the amount of $21,500.00 (the "**Property Exemption**").

Also on April 20, 2023, Trustee filed a notice of hearing [Doc. No. 30] (the "**Notice**") setting a hearing on the Objection for June 26, 2023 (the "**Hearing**").

Counsel for Trustee certifies that he served the Objection and Notice on all requisite entities. [Doc. No. 30].

No creditor or party in interest filed a response to the Objection.

Counsel for Trustee appeared at the calendar call for the Hearing and announced a consent order on the Objection.

Having considered the Objection along with the entire record in this matter; based on the consent of Trustee and Debtor as represented by the signatures of the below attorneys; and, for good cause shown, it is hereby

**ORDERED** that the Objection is **SUSTAINED**: the Property Exemption is disallowed. It is further

**ORDERED** that Debtor is entitled to an exemption in the Property in the amount of $10,760.00 under O.C.G.A. § 44-13-100(a)(6).

**[END OF DOCUMENT]**

**Order prepared and consented to by:**

ROUNTREE LEITMAN KLEIN & GEER LLC
Attorneys for Trustee

By:    */s/ Michael J. Bargar*
       Michael J. Bargar
       Georgia Bar No. 645709
       mbargar@rlkglaw.com
Century Plaza I
2987 Clairmont Road, Suite 530
Atlanta, GA  30329
(404) 410-1220

2

**Order reviewed and consented to by:**

By: ___/s/ Charles M. Clapp___   *(with express permission by MJB)*
    Charles M. Clapp
    Attorneys for Debtor
    Georgia Bar No. 101089
5 Concourse Parkway NE
Suite 3000
Atlanta, Georgia 30328
404.585.0040 (Office)

**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Glenn Jeffrey Dacruz
2108 Woodrion Drive
Duluth, GA 30097

Charles M. Clapp
5 Concourse Parkway NE
Suite 3000
Atlanta, Georgia 30328
404.585.0040 (Office)

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305-2153

Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329